UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STARR CHAVOUS,

    Plaintiff,

v.                                                                    Case No: 8:19-cv-1311-T-36DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Daniel C. Irick on March 20, 2020 (Doc. 23). Magistrate Judge Irick recommends that the Court reverse and remand the final decision of the Commissioner and direct the Clerk to enter judgment in favor of Claimant and against the Commissioner. Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 23) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The final decision of the Commissioner is **REVERSED**. This case is **REMANDED** to the Commissioner for further proceedings.

(3) The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on April 7, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Daniel C. Irick