UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STARR CHAVOUS,

    Plaintiff,

v.      Case No: 8:19-cv-1311-T-36DCI

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Daniel C. Irick on June 15, 2020 (Doc. 27). In the Report and Recommendation, Magistrate Judge Irick recommends that the Unopposed Motion for Award of Attorney's Fees Pursuant to Equal Access to Justice Act (Doc. 26) be granted to the extent that Plaintiff be awarded a total of $2,121.03 in attorney's fees pursuant to the EAJA and that the motion be denied in all other respects. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). A notice of no objection to Report and Recommendation was filed by Plaintiff on June 15, 2020. *See* Doc. 28.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Unopposed Motion for Award of Attorney's Fees Pursuant to Equal Access to Justice Act 28 U.S.C. § 2412 is **GRANTED in** part and **DENIED in part.**

(3) Plaintiff is awarded a total of $2,121.03 in attorney's fees pursuant to the EAJA.

(4) The Motion is **DENIED** in all other respects.

**DONE AND ORDERED** at Tampa, Florida on July 10, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Daniel C. Irick
Counsel of Record