# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STARR CHAVOUS,

    Plaintiff,

v.                                                         Case No: 8:19-cv-1311-CEH-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Daniel C. Irick (Doc. 34). In the Report and Recommendation, Magistrate Judge Irick recommends that the Unopposed Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. 31) be GRANTED and Plaintiff's counsel be authorized to charge and collect from Plaintiff $32,686.56 in attorney fees. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). An objection was filed by Plaintiff, but later withdrawn (Doc. 37). No other objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 34) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Unopposed Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. 31) is GRANTED.

(3) Plaintiff's counsel is authorized to charge and collect from Plaintiff $32,686.56 in attorney fees.

**DONE AND ORDERED** at Tampa, Florida on December 13, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Daniel C. Irick
Counsel of Record